IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br>v.<br>MICHAEL CHIANG,<br>Respondent. | Case No. 19-cv-00769-MMC<br><br>**ORDER GRANTING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**<br><br>Re: Dkt. No. 1 |

Before the Court is the Verified Petition to Enforce Internal Revenue Service Summons, filed February 12, 2019, by petitioner United States of America. Respondent Michael Chiang has filed opposition, to which petitioner has replied. The matter came on regularly for hearing on May 31, 2019. Cynthia L. Stier of the United States Attorneys' Office appeared on behalf of petitioner. David B. Porter appeared on behalf of respondent.

The Court having considered the parties' respective submissions and the arguments of counsel at the hearing, the petition is, for the reasons stated on the record at the hearing, hereby GRANTED.

Accordingly, respondent is hereby ORDERED to produce for examination, to Revenue Agent Daniel Lee, on July 9, 2019, at 10:00 a.m. at the Offices of the Internal Revenue Service, 450 Golden Gate Avenue, the documents and records required by the

//

Summons.  Documents and records that were produced earlier, however, need not be produced again.

**IT IS SO ORDERED.**

Dated:  June 18, 2019

_____
MAXINE M. CHESNEY
United States District Judge